## CARSON *v.* ALLEN.

*Thursday, December 15.*

APPEAL from the *Shelby* Court of Common Pleas.

*Per Curiam.*—This case presents no question other than the correctness of the finding on the evidence. A bill of exceptions sets out evidence, but contains no statement, as required by rule 30, that "this was all the evidence given in the cause."

The judgment is affirmed with costs.

*J. Harrison*, for the appellant.